# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES N. BRANNON, JR. & CASSANDRA L. BRANNON         Case Number: 08-70502
5626 EAST DRIVE                SSN-xxx-xx-2236 & xxx-xx-5775
LOVES PARK, IL  61111

Case filed on:    2/25/2008
Plan Confirmed on:

X Converted  Unconfirmed

Total funds received and disbursed pursuant to the plan: $2,215.32         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | BALSLEY & DAHLBERG LLP | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | WELLS FARGO HOME MORTGAGE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RECOVERY MANAGMENT SYSTEMS CORP. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | JASON CONKLING | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | KRISTIN BRANNON | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JAMES N. BRANNON, JR. | 0.00 | 0.00 | 1,916.52 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 1,916.52 | 0.00 |
| 001 | BENEFICIAL | 14,430.00 | 5,000.00 | 0.00 | 0.00 |
| 002 | CARBIZ AUTO CREDIT AQ, INC/CARBIZ USA | 5,000.00 | 5,000.00 | 186.49 | 87.51 |
| 003 | MIDWEST TITLE LOANS | 500.00 | 500.00 | 0.00 | 0.00 |
| 004 | WELLS FARGO HOME MORTGAGE | 19,484.32 | 19,484.32 | 0.00 | 0.00 |
|  | Total Secured | 39,414.32 | 29,984.32 | 186.49 | 87.51 |
| 008 | AMERICAN EXPRESS CENTURION BANK | 11,586.94 | 11,586.94 | 0.00 | 0.00 |
| 009 | CAPITAL ONE | 428.26 | 428.26 | 0.00 | 0.00 |
| 010 | CHASE CREDIT CARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMCAST F/K/A INSIGHT COMMUNICATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | DELL FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | DFS SERVICES LLC | 4,313.90 | 4,313.90 | 0.00 | 0.00 |
| 014 | FORD MOTOR CREDIT COMPANY | 11,915.81 | 11,915.81 | 0.00 | 0.00 |
| 015 | HSBC AUTO FINANCE (f/k/a HOUSEHOLD AUTO) | 15,731.83 | 15,731.83 | 0.00 | 0.00 |
| 016 | HSBC BANK N/A | 1,938.55 | 1,938.55 | 0.00 | 0.00 |
| 017 | MENARDS | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | SECURITY FINANCE | 310.33 | 310.33 | 0.00 | 0.00 |
| 019 | STATE FARM BANK SPECIALIZED COLLECTIONS | 2,021.79 | 2,021.79 | 0.00 | 0.00 |
| 020 | TARGET STORES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | WELLS FARGO FINANCIAL ILLINOIS INC | 843.67 | 843.67 | 0.00 | 0.00 |
| 022 | WELLS FARGO FINANCIAL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | WELLS FARGO FINANCIAL NATIONAL BANK/ | 3,555.55 | 3,555.55 | 0.00 | 0.00 |
| 024 | KRISTIN BRANNON | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ASSET ACCEPTANCE CORP | 1,549.19 | 1,549.19 | 0.00 | 0.00 |
| 026 | ASSET ACCEPTANCE CORP | 613.14 | 613.14 | 0.00 | 0.00 |
| 027 | PREMIER BANKCARD/CHARTER | 415.79 | 415.79 | 0.00 | 0.00 |
| 029 | HSBC BANK N/A | 1,007.55 | 1,007.55 | 0.00 | 0.00 |
| 030 | AMERICAN EXPRESS CENTURION BANK | 5,351.99 | 5,351.99 | 0.00 | 0.00 |
|  | Total Unsecured | 61,584.29 | 61,584.29 | 0.00 | 0.00 |
|  | Grand Total: | 100,998.61 | 91,568.61 | 2,103.01 | 87.51 |

Total Paid Claimant:      $2,190.52
Trustee Allowance:        $24.80          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00          discharging the trustee and the trustee's surety from any and all
                                          liablility on account of the within proceedings, and closing the estate,
                                          and for such other relief as is just.  Pursuant to FRBP, I hereby
                                          certify that the subject case has been fully administered.

Report Dated:

                                                    /s/ Lydia S. Meyer
                                                Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 10/30/2008					By  /s/Heather M. Fagan